AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 10 2020
ARTHUR JOHNSTON
BY _____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>DEVADRICK MARKEVIN BOOKER<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:20-mj-603-FKB<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **September 8, 2020** in the county of **Hinds** in the **Southern** District of **Mississippi**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 111 | Assaulting, resisting or impeding federal law enforcement oficer, who was engaged in the perforamce of official duties, by use of a deadly weapon. |
| 18 USC 924(c) | Using, carrying, discharging a firearm during and in relation to a crime of violence, that is assaulting, resisting or impeding certain officers, in violation of Title 18, United States Code, Section 111(a)(1) and 111(b). |

This criminal complaint is based on these facts:

Attached Affidavit in Support of criminal complaint

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Dale Stallings, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/10/2020

_____
*Judge's signature*

City and state: Jackson, Mississippi

Magistrate Judge F. Keith Ball
*Printed name and title*